UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENVILLE

| | |
|---|---|
| JANET A. SHELTON,              ) | |
|                                ) | |
|     Plaintiff,                 ) | |
|                                ) | |
| v.                             ) | |
|                                ) | Civ. Action No. 2:08-cv-278 |
| LINCOLN FINANCIAL GROUP, THE   ) | |
| LINCOLN NATIONAL LIFE INSURANCE ) | |
| COMPANY, and JEFFERSON PILOT   ) | |
| FINANCIAL INSURANCE COMPANY,   | |
|                                | |
|     Defendants.                | |

## NOTICE OF SETTLEMENT

Pursuant to the Court's Order entered on March 20, 2009 [doc. no. 12], the Defendants, The Lincoln National Life Insurance Company, Lincoln Financial Group and Jefferson Pilot Financial Insurance Company, hereby provide notice that the parties have consummated their settlement. The Defendants submitted a proposed Stipulation of Dismissal to Plaintiff on April 2, 2009 for review and approval. The parties will file the Stipulation as soon as it is approved by the Plaintiff, but by no later than April 30, 2009.

Dated: April 20, 2009.

Respectfully submitted,

/s/ John M. Scannapieco
John M. Scannapieco (BPR# 14473)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2352
jscannapieco@babc.com

*Attorneys for the Defendants, Lincoln Financial Group, The Lincoln National Life Insurance Company and Jefferson Pilot Financial Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid to Denise T. Stapleton, Terry Terry & Stapleton, 918 West First North Street, P.O. Box 724, Morristown, TN 37814 on this 20th day of April, 2009.

/s/ John M. Scannapieco
John M. Scannapieco