IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JANET A. SHELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | No. 2:08-CV-278 |
| ) | |
| LINCOLN FINANCIAL GROUP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

A "Notice of Settlement" [doc. 13] was filed in this civil action on April 20, 2009, which stated in part that the parties would "file the Stipulation [of Dismissal] as soon as it is approved by the Plaintiff, but by no later than April 30, 2009. To date, the parties have not submitted their stipulation. Therefore, pursuant to Local Rule 68.1, this civil action is **DISMISSED**.

**IT IS SO ORDERED**.

ENTER:

        s/ Leon Jordan
United States District Judge