IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| JANET A. SHELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:08-CV-278 |
| | ) | |
| LINCOLN FINANCIAL GROUP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This civil action is before the court on the "Motion for Relief from Order" filed by defendants [doc. 15]. Plaintiff has not responded to the motion. "Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought." E.D. TN. LR 7.2. Defendant seeks to have the order of dismissal entered September 8, 2009, [doc. 14] amended to specify that this case has been dismissed "with prejudice." The court dismissed this case in September because the parties had not timely submitted their stipulation of dismissal for a settlement agreed to in April of this year.

Defendant's motion is **GRANTED**. The order dismissing this case [doc. 14] is hereby **AMENDED** to reflect that this civil action is **"DISMISSED WITH PREJUDICE."**

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge

2